UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>UNIVERSITY OF WASHINGTON MEDICINE et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:23-cv-01154-TL<br>CASE NO. 2:23-cv-01164-TL<br>CASE NO. 2:23-cv-01190-TL<br>CASE NO. 2:23-cv-01262-TL<br>CASE NO. 2:23-cv-01263-TL<br>CASE NO. 2:23-cv-01283-TL<br>CASE NO. 2:23-cv-01290-TL<br>CASE NO. 2:23-cv-01294-TL<br>CASE NO. 2:23-cv-01364-TL<br><br>ORDER OF DISMISSAL |

On September 11, 2023, the Court entered an order dismissing Plaintiff Cortez Jones's then pending nine separate Complaints for failing to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court granted Mr. Jones leave to amend any of those Complaints by no later than Monday, September 25, 2023. No amended complaints have been filed.

//

//

//

ORDER OF DISMISSAL - 1

The Court therefore DISMISSES all of the Complaints with prejudice. Judgments will be entered in each case consistent with this order.

Dated this 26th day of September 2023.

Tana Lin
United States District Judge